SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
1025 Escobar Street, Third Floor
Martinez, California 94553
Telephone:    (925) 655-2280
Facsimile:    (925) 655-2266
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants CONTRA COSTA COUNTY,
DEPUTY BRANDON BATTLES and DEPUTY WILLIAM ROOT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ;<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>Defendants. | No. 3:20-cv-01183 VC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE MOTION OF DEFENDANTS COUNTY OF CONTRA COSTA, BRANDON BATTLES AND WILLIAM ROOT FOR GOOD FAITH SETTLEMENT DETERMINATION AND CONTINUANCE OF MARCH 10, 2021 CASE MANAGEMENT CONFERENCE<br><br>Date:  March 12, 2021<br>Time:  10:00 a.m.<br>Crtrm:  4, 17th Floor<br>Judge:  Hon. Vince Chhabria, Presiding<br>Date Action Filed:  February 17, 2020<br>Trial Date:  None Assigned |

Plaintiff Ricardo Hernandez and Defendants Contra Costa County ("the County"), Brandon Battles, William Root, the City of Richmond and Officer Brandon Hodges, by and through their counsel of record, hereby stipulate as follows:

1.    Based on a settlement reached with Plaintiff, the County, Battles and Root have moved this Court for a good faith settlement determination. *See* ECF No. 65. That motion is fully briefed and there is no opposition. *See* ECF Nos. 65, 68-69 and

71.  Therefore, the parties request that the Court decide this motion without a hearing. Alternatively, if the Court determines a hearing is necessary, the parties request that the Court set that hearing at 10:00 a.m. on Thursday, March 11, 2021, or as soon thereafter as is convenient for the Court.

2.  The Court recently set a Case Management Conference for 10:00 a.m. on March 10, 2021.  Unfortunately, counsel for the City of Richmond and Hodges has a conflict on that date due to a pre-existing Settlement Conference before Magistrate Judge Laurel Beeler.  Consequently, the parties respectfully request that the Court continue the CMC until 10:00 a.m. on March 17, 2021 or to a later date convenient to the Court.

DATED:  March 2, 2021

SHARON L. ANDERSON
COUNTY COUNSEL


By: _____/s/ D. Cameron Baker_____
D. CAMERON BAKER
Deputy County Counsel

Attorneys for Defendants Contra Costa County, Deputy Brandon Battles and Deputy William Root

DATED:  March 2, 2021

LAW OFFICE OF STANLEY GOFF

By: _____/s/ Stanley Goff_____
STANLEY GOFF

Attorney for Plaintiff Ricardo Hernandez

DATED:  March 2, 2021

MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:  */s/ Blechman, Noah G.*
　　　Noah G. Blechman

Attorneys for Defendants City of Richmond and Officer Brandon Hodges

## ATTORNEY ATTESTATION

I hereby attest that I have authorization from all of the above-named counsel to E-file this stipulation and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

DATE: March 2, 2021                 By:  */s/ D. Cameron Baker*
　　　　　　　　　　　　　　　　　　　　D. CAMERON BAKER

1

**ORDER**

2   The parties having entered into a stipulation regarding the pending Motion for Good

3 Faith Settlement Determination, ECF No. 65, and a continuance of the March 10, 2021 Case

4 Management Conference, and good cause appearing, the Court hereby rules as follows:

5    1.  Defendants Contra Costa County, Brandon Battles and William Root's Motion

6 for Good Faith Settlement shall be decided on the papers without a hearing.

7    2.  The Case Management Conference will be continued to  March 17, 2021 at 2.p.m.

8   IT IS SO ORDERED.

9

10 Dated:  March 3  , 2021   By:



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Stipulation and [~~Proposed~~] Order re Motion of Defendants County of Contra Costa, Brandon Battles and
William Root for Good Faith Settlement Determination and Continuance of March 10, 2021 Case Management
Conference - Case No. 3:20-cv-01183 VC        4