Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ;<br><br>    Plaintiffs,<br><br>v.<br><br><br>CONTRA COSTA COUNTY, et al.<br><br>    Defendants. | CASE NO.: 3:20-cv-01183-VC<br><br><br>STIPULATION FOR DISMISSAL RE JOSEPH ANDERSON, JENNIFER CORTEZ AND CITY OF RICHMOND |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective designated counsel that the above-captioned action be and hereby is partially dismissed as follows:

1. Plaintiff's claims, and each and every one of them, against Defendant Joseph Anderson are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Plaintiff's claims, and each and every one of them, against Defendant Jenifer Cortez are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. Plaintiff's claims, and each and every one of them, against Defendant City of Richmond are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 18, 2021

                                                /s/ *Stanley Goff*
                                        Stanley Goff Esq.,
                                        Attorney for Plaintiff

Dated: March 18, 2021                      By:   /s/ *Baker, D. Cameron*

                                        D. Cameron Baker
                                        Attorney for County Defendants

Dated: March 18, 2021                      By:   /s/ *Noah Blechman*

                                        Noah Blechman
                                        Attorney for Richmond Officer Hodges

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the plaintiff's request for voluntary dismissal of the above-named defendants with prejudice is granted.

Dated:  March 23, 2021

