UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>HODGES,<br><br>        Defendant. | Case No. 20-cv-01183-AGT<br><br>**COURT'S PROPOSED QUESTIONS FOR PROSPECTIVE JURORS** |

In advance of jury selection, the jury office asks prospective jurors to fill out an online questionnaire. The office's standard questionnaire is attached to this order. The jury office also allows the Court to add ten case-specific questions to the questionnaire. After considering the parties' joint proposed additional voir dire questions (Dkt. 132), below are the questions the Court proposes to include. The parties should note any objections relating to the Court's proposed questions at the February 11 pretrial conference.

1. Have you, or has someone close to you, ever been employed in law, government, civil service, military, or a law enforcement agency (police, sheriff, jail, prison, immigration, IRS, parole, or probation)? Yes, I have ____ Yes, someone close to me has ____ No ____. If yes, please list the years of employment and the agency/department/branch:

2. Have you or anyone close to you ever had an especially positive or negative experience with a law enforcement officer or agency? Yes ____ No ____. If yes, please explain:

3. During a trial, you may hear testimony from law enforcement officers. The judge will instruct that the testimony of a witness should be given no more or less weight because the witness is a law enforcement officer. Despite that instruction, would you tend to give the

testimony of a law enforcement officer any more or less weight—no matter how slight—than you would to the testimony of a witness who is not a law enforcement officer?

Yes, less weight ____ Yes, more weight ____ No, same weight ____.

4. Have you or anyone close to you been the victim of or witness to a crime, whether it was reported to law enforcement authorities or not? Yes ____ No ____. If yes, please explain:

5. Have you or someone close to you ever been arrested? Yes ____ No ____. If yes, please explain:

6. Have you attended any public events in the last few years regarding any issues surrounding the law enforcement field? Yes ____ No ____. If yes, please explain:

7. The plaintiff in this case was arrested by law enforcement officers during a traffic stop. Is there anything about this that could affect your ability to serve as a juror in this case? Yes ____ No ____. If yes, please explain:

8. Have you heard or read anything about this case? Yes ____ Not sure ____ No ____. If yes or not sure, please explain:

9. Do you feel that if chosen to serve, you can fairly and impartially decide this case based on the evidence presented at trial and the instructions on the law given by the Judge? Yes ____ No ____. If no, please explain:

10. Trial will begin on Tuesday, March 8 and should last 5 days. The trial day will begin at 8:30 a.m. and end around 1:30 p.m. Do you have any serious issues that prevent you from serving as a juror in this case (such as medical or public health concerns, prepaid travel plans, financial concerns, or family responsibilities)? Keep in mind that if you are unable to serve for this trial, you could be placed on another, longer trial in the coming months. Yes ____ No ____. If yes, please explain:

**IT IS SO ORDERED.**

Dated: February 9, 2022

ALEX G. TSE
United States Magistrate Judge