UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>HODGES,<br><br>        Defendant. | Case No. 20-cv-01183-AGT<br><br>**PRETRIAL ORDER NO. 3 REGARDING PARTIES' FORTHCOMING REVISED PROPOSED JURY INSTRUCTIONS** |

In the parties' forthcoming revised proposed jury instructions due February 25, *see* Dkt. 145 at 5, they must clearly identify each proposed instruction as either "stipulated" or "disputed."

To the extent any proposed instruction is disputed, each party's version of the instruction must be provided and identified as "Disputed Instruction No.\_\_\_ Re:_____ Offered by_____," with the blanks filled in as appropriate. All proposed versions of the same instruction must bear the same number. Following each set of proposed versions of a disputed instruction, each party must explain, in no more than one page, why the Court should give that party's proposed instruction. If a party does not have a counter-version and simply contends no such instruction in any version should be given, then that party should so state (and explain why) on a separate page inserted in lieu of an alternate version.

**IT IS SO ORDERED.**

Dated: February 23, 2022

ALEX G. TSE
United States Magistrate Judge