UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>HODGES,<br><br>        Defendant. | Case No. 20-cv-01183-AGT<br><br>**PRETRIAL ORDER NO. 4 RE: DEFENDANT'S OUTSTANDING OBJECTIONS TO TRIAL EXHIBITS** |

Defendant has objected to two of plaintiff's exhibits listed in the parties' joint exhibit list at Dkt. 134. Specifically, defendant objects to the purported photographs of plaintiff's injuries offered in Exhibit 3 on the basis that plaintiff "has failed to identify these photographs and/or any batestamp [sic] numbers." *Id.* at 2. Defendant also objects to plaintiff's Exhibit 4, a psychological evaluation report dated May 16, 2019, and related correspondence from the doctor who apparently conducted plaintiff's evaluation, as inadmissible hearsay, lacking foundation, and improper expert testimony. *See id.* Plaintiff has not responded to these objections and the Court is inclined to agree with defendant regarding the inadmissibility of Exhibit 4. Both sides should be prepared to discuss defendant's outstanding objections at the final pretrial conference this Friday, March 4.

**IT IS SO ORDERED.**

Dated: February 28, 2022

ALEX G. TSE
United States Magistrate Judge