UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANDON HODGES,<br><br>        Defendant. | Case No. 20-cv-01183-AGT<br><br>**COURT'S PROPOSED VERDICT FORM** |

The Court proposes to use this verdict form, which is based in part on the parties' joint proposed special verdict form (Dkt. 136). The Court will take up any objections at the final pretrial conference on March 4, 2022.

**IT IS SO ORDERED.**

Dated: March 3, 2022

ALEX G. TSE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON HODGES,<br><br>    Defendant. | Case No.  20-cv-01183-AGT<br><br>**VERDICT FORM** |

Based on the Court's instructions about the applicable law, we the jury unanimously answer the questions submitted to us as follows:

**QUESTION 1:**

   Did the Plaintiff, Ricardo Hernandez, prove, by a preponderance of the evidence, that one or more of the Contra Costa County Sheriff Deputies violated his Fourth Amendment constitutional rights by using excessive force against him?

|   |   |   |
|---|---|---|
| Joseph Anderson | _____ YES | _____ NO |
| Brandon Battles | _____ YES | _____ NO |
| William Root | _____ YES | _____ NO |

**If you answered "YES" to Question 1 for any of the listed individuals, proceed to Question 2. If you answered "NO" to Question 1 for all of the listed individuals, do not answer any other questions; the presiding juror should sign and date the verdict form and return it to the Court.**

**QUESTION 2:**

Did the Plaintiff, Ricardo Hernandez, prove, by a preponderance of the evidence, that Defendant Brandon Hodges [was an integral participant] [failed to intervene] in the use of excessive force against him?

_____ YES _____ NO

**If you answered "YES" to Question 2, proceed to Question 3.  If you answered "NO" to Question 2, do not answer any other questions; the presiding juror should sign and date the verdict form and return it to the Court.**

**QUESTION 3:**

Do you find by a preponderance of the evidence that Defendant Brandon Hodges's [integral participation] [failure to intervene] caused injury, damage, and/or harm to Plaintiff Ricardo Hernandez?

_____ YES _____ NO

**QUESTION 4:**

What amount of damages will reasonably and fairly compensate Plaintiff Ricardo Hernandez for the harm caused by Defendant Brandon Hodges's conduct?

$ _____

3

**QUESTION 5:**

Do you find by a preponderance of the evidence that Defendant Brandon Hodges's conduct was malicious, oppressive, or in reckless disregard of Plaintiff Ricardo Hernandez's constitutional rights?

_____ YES _____ NO

**If you answered "YES" to Question 5, proceed to Question 6.  If you answered "NO" to Question 5, do not answer the remaining question; the presiding juror should sign and date the verdict form and return it to the Court.**

**QUESTION 6:**

What amount of punitive damages should be awarded against Defendant Brandon Hodges?

$ _____

**The presiding juror must sign and date this verdict form and return it to the Court.**

Dated: _____        Signed:

_____
Presiding Juror

4