United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO HERNANDEZ,

        Plaintiff,

   v.

HODGES,

        Defendant.

Case No.  20-cv-01183-AGT

**PRETRIAL ORDER NO. 5 RE: STIPULATED EXCUSALS FOR HARDSHIP**

The parties have stipulated to excuse five prospective jurors for hardship based on responses to the electronic questionnaire.  The Court grants the parties' stipulation with respect to prospective jurors 5, 14, 37, and 46.  The Court denies without prejudice the parties' stipulated request to excuse prospective juror 51 for hardship.

**IT IS SO ORDERED.**

Dated:  March 7, 2022

_____
ALEX G. TSE
United States Magistrate Judge