UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br><br>    Plaintiff,<br><br> v.<br><br>BRANDON HODGES,<br><br>    Defendant. | Case No. 20-cv-01183-AGT<br><br>**FINAL VERDICT FORM** |

  The Court intends to give this verdict form to the jury.

  **IT IS SO ORDERED.**

Dated: March 10, 2022

                    _____
                    ALEX G. TSE
                    United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANDON HODGES,<br><br>        Defendant. | Case No. 20-cv-01183-AGT<br><br>**VERDICT FORM** |

When answering the following questions and filling out this verdict form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous.

Based on the Court's instructions about the applicable law, we the jury unanimously answer the questions submitted to us as follows:

**QUESTION 1:**

Did Plaintiff Ricardo Hernandez prove by a preponderance of the evidence that Contra Costa County Sheriff Deputy Brandon Battles violated Hernandez's Fourth Amendment constitutional rights by using excessive force against him?

_____ YES _____ NO

**If you answered "YES" to Question 1, proceed to Question 2.  If you answered "NO" to Question 1, do not answer any other questions; the presiding juror should sign and date the verdict form and return it to the Court.**

**QUESTION 2:**

Did Plaintiff Ricardo Hernandez prove by a preponderance of the evidence that Defendant Officer Brandon Hodges is liable for Deputy Brandon Battles's use of excessive force:

[*You must check only one, either (a), (b), or (c).*]

(a) _____ YES, as an integral participant in the excessive force.

(b) _____ YES, for failing to intervene in the excessive force.

(c) _____ NO, neither (a) nor (b).

**If you answered "YES" to Question 2(a) or 2(b), proceed to Question 3. If you answered "NO" to Question 2(c), do not answer any other questions; the presiding juror should sign and date the verdict form and return it to the Court.**

**QUESTION 3:**

Did Plaintiff Ricardo Hernandez prove by a preponderance of the evidence that Defendant Officer Brandon Hodges's conduct caused him injury, damage, and/or harm?

_____ YES  _____ NO

**QUESTION 4:**

What amount of damages will reasonably and fairly compensate Plaintiff Ricardo Hernandez for the harm caused by Defendant Officer Brandon Hodges's conduct?

$ _____

3

**QUESTION 5:**

Did Plaintiff Ricardo Hernandez prove by a preponderance of the evidence that Defendant Officer Brandon Hodges's conduct was malicious, oppressive, or in reckless disregard of Hernandez's constitutional rights?

_____ YES _____ NO

**If you answered "YES" to Question 5, proceed to Question 6.  If you answered "NO" to Question 5, do not answer the remaining question; the presiding juror should sign and date the verdict form and return it to the Court.**

**QUESTION 6:**

What amount of punitive damages should be awarded against Defendant Officer Brandon Hodges?

$ _____

**The presiding juror must sign and date this verdict form and return it to the Courtroom Deputy.**

Dated: _____       Signed:_____
                                                              Presiding Juror