UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br>        Plaintiff,<br>    v.<br>BRANDON HODGES,<br>        Defendant. | Case No. 20-cv-01183-AGT<br><br>**ORDER** |

In light of the jury verdict in this matter (*see* Dkt. 180), the parties are directed to file by March 28, 2022, a joint statement that identifies what, if any, issues remain for the Court to address, or whether judgment should be entered pursuant to the verdict, and the case closed.

**IT IS SO ORDERED.**

Dated: March 14, 2022

ALEX G. TSE
United States Magistrate Judge