UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON HODGES,<br><br>    Defendant. | Case No. 20-cv-01183-AGT<br><br>**ORDER**<br><br>Re: Dkt. No. 189 |

Plaintiff has requested the Court's "guidance and assistance regarding when the parties can expect entry of judgment in this case in accordance with the jury's verdict." Dkt. 189. Judgment will be entered once the certified transcript of the trial proceedings is e-filed on CM/ECF.

**IT IS SO ORDERED.**

Dated: April 27, 2022

ALEX G. TSE
United States Magistrate Judge