1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO HERNANDEZ,

Plaintiff,

v.

BRANDON HODGES,

Defendant.

Case No. 20-cv-01183-AGT

**JUDGMENT**

Pursuant to the jury's verdict, Dkt. 180, judgment is entered in favor of plaintiff Ricardo Hernandez and against defendant Brandon Hodges.

**IT IS SO ORDERED.**

Dated:  May 10, 2022

ALEX G. TSE
United States Magistrate Judge